David S. Norris (AZ Bar No. 034309)
Amy Brown Doolittle (*pro hac vice*)
Eric Troutman (*pro hac vice*)
david.norris@squirepb.com
amy.doolittle@squirepb.com
eric.troutman@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Attorneys for Defendants Plateau Data Services, Inc. and Plateau Data Services, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Plateau Data Services, Inc. and Plateau Data Services, LLC<br><br>Defendants. | No. CV-20-303-PHX-MTL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Richard Winters, Jr. and Defendants Plateau Data Services, Inc. and Plateau Data Services, LLC, d/b/a RateMarketplace (collectively, the "Parties"), through undersigned counsel, hereby notify the Court that they have reached an individual settlement of Plaintiff's claims against Defendants. The Parties are finalizing the settlement papers and expect to file the appropriate dismissal papers shortly.

-2-

1   RESPECTFULLY SUBMITTED this 29th day of May 2020.

/s/ *Ryan L. McBride (with permission)*
David J. McGlothlin, Esq. (SBN 026059)
david@kazlg.com
Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
KAZEROUNI LAW GROUP, APC
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523

***Attorneys for Plaintiff***

/s/ *David S. Norris*
David S. Norris (AZ Bar No. 034309)
Amy Brown Doolittle (*pro hac vice*)
Eric Troutman (*pro hac vice*)
david.norris@squirepb.com
amy.doolittle@squirepb.com
eric.troutman@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 528-4000
Facsimile:  (602) 253-8129

***Attorneys for Defendants Plateau Data Services, Inc. and Plateau Data Services, LLC***