# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr., | No. CV-20-00303-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Plateau Data Services Incorporated, et al., | |
| Defendants. | |

Upon motion of the parties and good cause appearing,

**IT IS ORDERED** granting the Joint Motion to Amend Dismissal Order, (Doc. 21).

**IT IS FURTHER ORDERED** that the Court's order of July 7, 2020, (Doc. 20), is amended to provide that Plaintiff Richard Winters, Jr.'s claims against Defendant Plateau Data Services, Inc. and Plateau Data Services, LLC d/b/a RateMarketplace are dismissed with prejudice, while the putative class's claims are dismissed without prejudice, each party to bear their own attorney's fees and costs.

Dated this 9th day of July, 2020.

Michael T. Liburdi
United States District Judge